### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DARLA KIM WINDSOR,                   *
                                     *
              Plaintiff,             *
                                     *
v.                                   *          No. 4:21-cv-00273-JJV
                                     *
KILILO KIJAKAZI,                     *
Acting Commissioner of Social Security,  *
                                     *
                                     *
                                     *
              Defendant.             *

## ORDER

This matter was remanded pursuant to a "sentence four" remand within the meaning of 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Based on Plaintiff's fee request and a negotiated settlement, the parties agreed that a $6,120 award of attorney fees under the Equal Access to Justice Act, 24 U.S.C. § 2412(d), was appropriate and filed a Stipulation to an Award of Attorney Fees.  (Doc. No. 16.)  Because a stipulation and not a motion was filed, the Court was unaware that this matter was pending.  Now, after careful consideration of the Stipulation, I find the award is reasonable.  Accordingly, the EAJA fee award is payable to Plaintiff and shall be mailed to Plaintiff's counsel but is subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).  Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 3rd day of January 2023.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE